1  Debra K. Chruszch
   7790 SW Gearhart Drive
   Beaverton, Oregon 97007                FILED23 JUN '15 11:40USDC-ORP
2  (503) 626-3392
   PLAINTIFF IN PROPER PERSON

### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| Debra K. Chruszch | |
| Plaintiff(s), | |
| -vs- | CASE NO. |
| BAYVIEW LOAN SERVCING, LLC<br>4425 PONCE DE LEON BLVD 5TH FLOOR<br>CORAL GABIELS, FLORIDA 33146 | DEPT. NO.<br><br>Complaint |
| RECON TRUST COMPANY, N.A.<br>1800 TAPO CANYON RD.<br>MAIL ID#CA6-914-01-43<br>SIMI VALLEY, CA 93063 800-669-6607<br>800-669-2443 | 3'15 CV-1131   MO |
| BAC HOME LOANS SERVICING, LP<br>1800 TAPO CANYON RD.<br>MAIL ID#CA6-914-01-43<br>SIMI VALLEY, CA 93063 800-669-6607<br>800-669-2443 | |
| THE BANK OF NEW YORK MELLON, N.A.<br>5730 KATELLA AVENUE<br>CYPRESS, CA 90630 888-999-6015 | |
| MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC. (MERS)<br>P.O. BOX 2026<br>FLINT, MI 48501-2026<br>888-679-6377 | |
| Defendant(s). | |

## QUIET TITLE
## Oregon Revised Statue § 105.605

**GENERAL ALLEGATIONS**

**THE PARTIES**

This matter comes before the court by Plaintiff, Debra K. Chruszch. The Plaintiff believes in fact that she has been the victims of <u>Mortgage Servicing Abuse;</u> which entails the conspiring and intentional manufacturing by the Defendants to commit a strategically planned method of forcing Plaintiffs into foreclosure on their property at

7790 SW Gearhart Drive, Beaverton, Oregon 97007

By the defendants attempting to take possession of their Property through fraud and malice. Plaintiff alleges the cause of action is not based on the claim that securitization violates the agreement between mortgagor and mortgagee; But, Plaintiff dispute and allege that as a result of improper procedures, the true owner of Plaintiff's mortgage is unclear; and as a result; Plaintiff alleges she has been paying improper entities an excess amount whom question legal standing to her Property.

SIGNATURE
NAME Debra K. Chruszch
Dated June 23, 2015